IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| GLORIA NIEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-646 GMS |
| | ) | |
| ACME SUPERMARKETS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this _16th_ day of _Sept._, 2005,
the Court having considered the application to proceed without
prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED the application is GRANTED.

_____
United States District Judge

**FILED**

SEP 16 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE