IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORIA NIEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-646-GMS |
| | ) | |
| ACME SUPERMARKETS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington, this 17th day of January, 2006;

IT IS ORDERED:

1.      Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the plaintiff shall complete and
return to the clerk of the court an **original** "U.S. Marshal-285" form for the **defendant**. **The
plaintiff has  provided the court with one copy of the complaint (D.I. 2) for service upon the
defendant. The plaintiff is notified that the United States Marshal will not serve the
complaint until all "U.S. Marshal 285" forms with copies of the complaint have been
received by the clerk of the court. Failure to provide a "U.S. Marshal 285" form for the
defendant within 120 days of the date of this order may result in the complaint being
dismissed or the defendant being dismissed pursuant to Fed. R. Civ. P. 4(m).**

2.      Upon receipt of the completed "U.S. Marshal 285" form(s) and copies of the
complaint, the United States Marshal shall serve a copy of the complaint and this order upon the
defendant as directed by the plaintiff.  All costs of service shall be advanced by the United States.

3.      No communication, including pleadings, briefs, statement of position, etc., will be
considered by the court in this civil action unless the documents reflect proof of service upon the

parties or their counsel.

United States District Judge