IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORIA NIEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-646-GMS |
| | ) | |
| ACME SUPERMARKETS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

WHEREAS, plaintiff, Gloria Nieves ("Nieves"), filed a civil rights complaint without prepayment of the filing fee;

WHEREAS, on January 19, 2006, the court entered an order requiring Nieves to complete and return USM-285 forms for the defendant, and informing Nieves that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or defendants being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 4);

WHEREAS, to date, none of the required USM-285 forms have been received from Nieves;

THEREFORE, at Wilmington this 12th day of June, 2006, IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

UNITED STATES DISTRICT JUDGE